UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL W. KWASNIK, : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> UNITED STATES OF AMERICA, : <br> : <br> Respondent. : <br> : | Civ. No. 24-1363 (RBK) <br><br><br> **MEMORANDUM & ORDER** |

Petitioner, Michael W. Kwasnik ("Petitioner" or "Kwasnik"), is a federal prisoner proceeding through counsel with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (*See* ECF 1). Petitioner's counsel has also filed a motion to file a legal memorandum in support of his § 2255 motion. (*See* ECF 3).

Typically, this Court would screen Petitioner's § 2255 motion and accompanying motion to file a legal memorandum in accordance with Rule 4(b) of the Rules Governing § 2255 Proceedings. However, Petitioner's counsel is not admitted to the Bar of the United States District Court for the District of New Jersey. Thus, prior to screening Petitioner's § 2255 motion and reviewing his motion to file a legal memorandum in support, Petitioner's counsel shall be ordered to file a motion for pro hac vice. Thereafter, if Petitioner's counsel's motion for pro hac vice is granted, this Court will then screen Petitioner's § 2255 motion and analyze Petitioner's motion to file a legal memorandum.

Accordingly, IT IS on this 13th day of March, 2024,

ORDERED that Petitioner's counsel shall file a motion for pro hac vice within fourteen (14) days of the date of this memorandum and order.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge